# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-2860

_____

United States of America

*Plaintiff - Appellee*

v.

Andre Darrell Jones, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: December 6, 2021
Filed: December 9, 2021
[Unpublished]

_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Andre Darrell Jones, Jr., appeals the sentence the district court[1] imposed after revoking his supervised release. His counsel has moved to withdraw and has filed a

---

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

brief challenging the substantive reasonableness of the sentence. Jones has filed a motion for the appointment of new appellate counsel.

After reviewing the record under a deferential abuse-of-discretion standard, we conclude the district court did not impose a substantively unreasonable sentence. See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review). The record reflects the district court sufficiently considered the relevant statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. See 18 U.S.C. § 3583(e); Miller, 557 F.3d at 917; United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004). The sentence is also within both the statutory limits and the advisory range of the Sentencing Guidelines. See 18 U.S.C. § 3583(b)(2), (e)(3), (h); United States v. Petreikis, 551 F.3d 822, 824-25 (8th Cir. 2009).

Accordingly, we deny Jones's motion for the appointment of new counsel, we affirm the judgment, and we grant counsel's motion to withdraw.

_____